UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

BRIAN K. DENNIS,                          )
                                          )
            Plaintiff(s),                 )
                                          )
      vs.                                 )          Case No. 2:07CV10 JCH
                                          )
TONY GAMMON, et al.,                      )
                                          )
            Defendant(s).                 )

**ORDER**

This matter is before the Court on Plaintiff Brian K. Dennis's Motion for Appointment of

Counsel, filed December 18, 2008.  (Doc. No. 39).  There is no constitutional or statutory right to

appointed counsel in a civil case.  Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th

Cir. 1984).  In determining whether to appoint counsel, courts consider factors that include whether

the plaintiff has presented non-frivolous allegations supporting his prayer for relief, whether the

plaintiff will substantially benefit from the appointment of counsel, whether there is a need to further

investigate and present the facts related to the plaintiff's allegations, and whether the factual and legal

issues presented by the action are complex.  See Battle v. Armontrout, 902 F.2d 701, 702 (8th Cir.

1990); Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986); Nelson, 728 F.2d at 1005.

After considering Plaintiff's Motion for Appointment of Counsel in view of the relevant

factors, the Court finds that the facts and legal issues presented in the instant case are not so complex

as to warrant the appointment of counsel at this time.  In addition, the pleadings filed by Brian K.

Dennis indicate that he is capable of presenting the facts and legal issues without the assistance of

counsel.  Plaintiff's Motion for Appointment of Counsel will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (Doc. No. 39) is **DENIED**.

Dated this 30th day of December, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE