UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH DENNIS, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 2:07CV10 JCH |
| TONY GAMMON, et al., | ) |
| Defendant(s). | ) |

# JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

Dated this 4th day of May, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE